UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| PATRICIA YADIRA QUISHPE-GUAMAN, | ) |
| Petitioner, | ) |
| v. | ) No. 4:25-cv-00211-TWP-KMB |
| KRISTI NOEM,<br>TODD M. LYONS,<br>SAMUEL OLSON,<br>SCOTT A. MAPLES, JR.,<br>RANDY THOMAS,<br>MARK GRUBE | ) |
| Respondents. | ) |

**Order Denying Motion for Status Conference and *Sua Sponte* Extending Reply Deadline**

Petitioner's First Motion to Reschedule Telephonic Status Conference is **denied without prejudice**. Dkt. [24]. The Court finds that no additional status conference is necessary at this time, and Petitioner's motion does not set forth any topic to be addressed at that conference that cannot be otherwise addressed in the briefing. However, considering the events described in her motion, the Court *sua sponte* extends Petitioner's deadline to file a reply brief **to November 11, 2025**.

IT IS SO ORDERED.

Date: 11/7/2025

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All electronically registered counsel of record

1