**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

PATRICIA YADIRA QUISHPE-GUAMAN,     )
                                    )
            Petitioner,             )
                                    )
       v.                           )     No. 4:25-cv-00211-TWP-KMB
                                    )
KRISTI NOEM,                        )
TODD M. LYONS,                      )
SAMUEL OLSON,                       )
SCOTT A. MAPLES, JR.,               )
RANDY THOMAS,                       )
MARK GRUBE,                         )
                                    )
            Respondents.            )

## ORDER

This matter is before the Court on the Federal Respondents, by counsel, Motion for Enlargement of Time (Dkt. 35), filed on January 12, 2026. The Federal Respondents seek an additional twenty-eight days to respond to the Petitioner's Motion for Fees. *Id*. Petitioner opposes the motion, noting that the Federal Respondents already received an enlargement of time. (Dkt. 36). The Court, however, finds that there are advantages to having the parties attempt to resolve this issue without judicial involvement; and if they are unable to resolve the fee request, their response will be helpful if the Court must rule. Moreover, the Court believes the Federal Respondents are acting in good faith.

Accordingly, the Federal Respondents Motion for Enlargement of Time, Dkt. [35] is **GRANTED**. The Federal Respondents are granted an additional twenty-eight days to respond to the Motion for Fees, making any response due on or before **February 9, 2026**.

No further enlargements of time are anticipated, absent a showing of extraordinary circumstances.

**IT IS SO ORDERED.**

Date: 1/27/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel